UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | |
| Brian Thomas Wengler ) | Bankruptcy Case No. 08-26395 EEB |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| Brian Thomas Wengler ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 08-01815 EEB |
| ) | |
| Sallie Mae Servicing, ) | |
| MRS Associates, Inc., and ) | |
| Educational Credit Management Corporation, ) | |
| Defendants. | |

_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that the student loan debts owed by Brian Thomas Wengler to Sallie Mae Servicing and MRS Associates, Inc., are dischargeable pursuant to 11 U.S.C. § 523(a)(8). It is further ordered that judgment is entered in favor of the Plaintiff, Brian Thomas Wengler, and against the Defendants, Sallie Mae Servicing and MRS Associates, Inc.

DATED: April 9, 2010.

APPROVED BY THE COURT:           FOR THE COURT:

_____    _____
Elizabeth E. Brown                 Deputy Clerk
United States Bankruptcy Judge